UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                   Case No. 2:11–cr–20129–RHC–MAR
                                        Hon. Robert H. Cleland

Scott William Sutherland, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  ALL DEFENDANTS

The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  October 22, 2013 at 03:30 PM

**ADDITIONAL INFORMATION:**   Status Conference for LIAISON COUNSEL ONLY, Defendants need not appear

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/L. Wagner
                                                            Case Manager

Dated:   September 5, 2013