UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Docket No. 11-20129

vs.                                       Honorable Robert H. Cleland

D-1, SCOTT WILLIAM SUTHERLAND, et al.

        Defendant.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,                    Docket No. 11-20066

vs.                                       Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.

        Defendants
_____/

**NOTICE OF JOINDER/CONCURRENCE BY TRIAL GROUP #1 IN DEFENDANT SCOTT SUTHERLAND'S MOTION FOR A WRITTEN PROFFER AND HEARING ON ADMISSIBILITY OF CO-CONSPIRATORS' STATEMENTS UNDER FRE 801 (d) (DOCKET NO. 753)**

    Defendants, D-2 Ronald Roberts; D-5 Jeff Smith; D-6 Paul Darrah; D-7 Cary Vandiver; D-8 Vincent Witort; D-12 Victor Castano ;D-13 Gary Nelson; and D-17 David Drozdowski; through their respective counsel, hereby joins and concurs with Defendant Scott Sutherland's Motion for A Written Proffer And Hearing On Admissibility Of C0-Conspirators' Statements Under FRE 801 (d) (Docket No.753) filed on or about May 16, 2014.

                                            Respectfully submitted,

                                            By: /s/ Mark A. Satawa
                                            **MARK A. SATAWA (P47021)**
                                            **Attorney for D-7 Cary Vandiver**
                                            **Liaison for Trial Group #1**
                                            3000 Town Center Ste. 1800
                                            Southfield, MI 48075
                                            (248) 356-8320
                                            mark@kirschandsatawa.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Docket No. 11-20066

vs.        Honorable Robert H. Cleland

SCOTT WILLIAM SUTHERLAND, et al.,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff        Docket No. 11-20066

vs.        Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.,

        Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I electronically filed the foregoing NOTICE OF JOINDER/CONCURRENCE By Trial Group #1 IN DEFENDANT SCOTT SUTHERLAND'S MOTION FOR A WRITTEN PROFFER AND HEARING ON ADMISSIBILITY OF CO-CONSPIRATORS' STATEMENTS UNDER FRE 801 (d)  (DOCKET NO. 753), with the Clerk of the Court using the ECF system which will send notification of such filing to all registered attorneys.

        /s/ Mark A. Satawa
        _____
        DECLARANT

DATED:  May 27, 2014

2