UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               Docket No. 11-20129

vs.                                   Honorable Robert H. Cleland

D-1, SCOTT WILLIAM SUTHERLAND, et al.

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,               Docket No. 11-20066

vs.                                   Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.

    Defendants
_____/

**NOTICE OF JOINDER/CONCURRENCE BY TRIAL GROUP #1 IN DEFENDANT SCOTT SUTHERLAND'S MOTION TO DISMISS FOR VIOLATION OF THE SPEEDY TRIAL ACT, VIOLATION OF *FED. R. CRIM. P. RULE 48 (b),* AND DEFENDANT'S CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL  (DOCKET NO. 763)**

Defendants, D-2 Ronald Roberts; D-6 Paul Darrah; D-7 Cary Vandiver; D-8 Vincent Witort; D-12 Victor Castano; and D-17 David Drozdowski through their respective counsel, hereby joins and concurs with Defendant Scott Sutherland's Motion To Dismiss for Violation of the Speedy Trial Act, Violation of *Fed. R. Crim. P. Rule 48 (b)*, and Defendant's Constitutional Right to a Speedy Trial  (Docket No.763) filed on or about May 16, 2014.

                                                          Respectfully submitted,

                                                          By: /s/ Mark A. Satawa
                                                          **MARK A. SATAWA (P47021)**
                                                          **Attorney for D-7 Cary Vandiver**
                                                          **Liaison for Trial Group #1**
                                                          3000 Town Center Ste. 1800
                                                          Southfield, MI 48075
                                                          (248) 356-8320

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Docket No. 11-20066

vs.        Honorable Robert H. Cleland

SCOTT WILLIAM SUTHERLAND, et al.,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff        Docket No. 11-20066

vs.        Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.,

        Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I electronically filed the foregoing NOTICE OF JOINDER/CONCURRENCE BY TRIAL GROUP #1 IN DEFENDANT SCOTT SUTHERLAND'S MOTION TO DISMISS FOR VIOLATION OF THE SPEEDY TRIAL ACT, VIOLATION OF *FED. R. CRIM.. P. RULE 48 (b),* AND DEFENDANT'S CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL (DOCKET NO. 763), with the Clerk of the Court using the ECF system which will send notification of such filing to all registered attorneys.

        /s/ Mark A. Satawa
        _____
        DECLARANT

DATED: May 27, 2014