UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Docket No. 11-20129

vs.        Honorable Robert H. Cleland

D-1, SCOTT WILLIAM SUTHERLAND, et al.

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,        Docket No. 11-20066

vs.        Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.

        Defendants
_____/

**NOTICE OF JOINDER/CONCURRENCE BY TRIAL GROUP #1 IN
DEFENDANT SCOTT SUTHERLAND'S MOTION TO REVEAL IDENTITY OF INFORMANTS
AND CONTENTS OF DEALS (DOCKET NO. 760)**

Defendants, D-2 Ronald Roberts; D-5 Jeff Smith; D-7 Cary Vandiver; D-8 Vincent Witort; D-12 Victor Castano ; D-13 Gary Nelson; and D-17 David Drozdowski; through their respective counsel, hereby joins and concurs with Defendant Scott Sutherland's Motion to Reveal Identity of Informants and Contents of Deal (Docket No.760) filed on or about May 16, 2014.

        Respectfully submitted,

        By: /s/ Mark A. Satawa
        **MARK A. SATAWA (P47021)**
        **Attorney for D-7 Cary Vandiver**
        **Liaison for Trial Group #1**
        3000 Town Center Ste. 1800
        Southfield, MI 48075
        (248) 356-8320
        mark@kirschandsatawa.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         Docket No. 11-20066

vs.         Honorable Robert H. Cleland

SCOTT WILLIAM SUTHERLAND, et al.,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff         Docket No. 11-20066

vs.         Honorable Robert H. Cleland

JEFF GARVIN SMITH, et al.,

        Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, I electronically filed the foregoing NOTICE OF JOINDER/CONCURRENCE By Trial Group #1 IN DEFENDANT SCOTT SUTHERLAND'S MOTION TO REVEAL IDENTITY OF INFORMANTS AND CONTENTS OF DEALS (DOCKET NO. 760), with the Clerk of the Court using the ECF system which will send notification of such filing to all registered attorneys.

        /s/ Mark A. Satawa
        _____
        DECLARANT

DATED: May 27, 2014