UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                        Case No. 2:11-cr-20129-RHC-MAR
                                        Hon. Robert H. Cleland

Scott William Sutherland, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: ALL DEFENDANTS

The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 712, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: August 12, 2014 at 09:30 AM

    **ADDITIONAL INFORMATION:**    LIAISON COUNSEL AND AUSAS ONLY

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/L. Wagner
                                                               Case Manager

Dated: August 8, 2014