UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

    Plaintiff,

v.                                                    Case No.     11-20129 & 11-20066

VICTOR CARLOS CASTANO (D-12),

    Defendant.
_____/

**OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR SEVERANCE**

On April 17, 2015 Defendant Victor Carlos Castano filed, under seal, a motion for severance.  The motion rests on the argument that a joint trial with a particular co-Defendant would violate Defendant's right to confrontation.  Since the time of filing the motion, however, that co-Defendant has pleaded guilty and will therefore not be tried with Defendant Castano.  Accordingly,

IT IS ORDERED that the April 17, 2015 motion to sever is DENIED AS MOOT.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 23, 2015, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522