# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

VICTOR CARLOS CASTANO,
D-12 /D-6
                                          CRIMINAL NO. 11-20129
                                          CRIMINAL NO. 11-20066

    *Defendant.*
_____/

## OPINION AND ORDER GRANTING THE GOVERNMENT'S MOTION FOR PRODUCTION OF DEFENDANT'S SUPERVISORY RELEASE RECORDS

On November 30, 2015, the Government filed a motion seeking production of defendant VICTOR CARLOS CASTANO's probation file, specifically as it relates to the terms of, and defendant's compliance with, conditions of his supervisory release dating from approximately January 1, 2009 to December 31, 2012. Specifically, the Government seeks records related to defendant's drug-testing and limitation of movement during the aforementioned period of supervisory release.

Having reviewed the government's motion, the Court is persuaded that sufficient cause has been shown to establish that there is a compelling need for,

1

and the interests of justice require, limited disclosure of defendant CASTANO's probation records relevant to the above-noted period. Accordingly,

IT IS ORDERED that the Government's Motion Seeking Production of Defendant's Supervisory Release Records (Dkt. # ___ ) is GRANTED. The U.S. Department of Probation and/or Dept. of Pretrial Service shall present to the Government and Counsel for defendant VICTOR CARLOS CASTANO a copy of defendant's probation files dating from approximately January 1, 2009 to December 31, 2012 that relate a) to the types, conditions, frequency and results of drug testing to which defendant CASTANO was required to submit during the term of his supervisory release and b) conditions limiting defendant CASTANO's travel and movement, including any requirements that the defendant wear an ankle bracelet, "tether" or other such monitoring instrument during the period of his supervisory release.

Because this matter relates to an on-going trial and is of relevance to the jury's consideration of evidence in this case, the U.S. Department of Probation and/or Dept. of Pretrial Service is directed to comply forthwith with the Court's order and to make the aforementioned records immediately available to the government and to counsel for defendant VICTOR CARLOS CASTANO.

DEC 0 1 2015

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

2