UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VICTOR CARLOS CASTANO (D-12),
    Defendant
_____/

CRIMINAL NUMBER: 11-20129

HON. ROBERT H. CLELAND

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VICTOR CARLOS CASTANO (D-6),
    Defendant
_____/

CRIMINAL NUMBER: 11-20066

## WAIVER OF APPEARANCE BY DEFENDANT VICTOR CARLSO CASTANO

    I have reviewed a copy of this Honorable Court's *Revised Order Setting Sentencing and Deadline Dates and Imposing Other Responsibilities* (Doc.# 2187), with my attorney, Richard G. Convertino. Accordingly, I am aware that this Court will conduct a preliminary sentencing hearing on the joint objections on June 7, 8 and 11, 2018, in United States District Court in the Eastern District of Michigan, Port Huron, Michigan, to determine joint issues regarding my sentencing in the above referenced cases. I understand that while the Court has set aside three days for the hearing, three days may not be needed.

    I have been advised by my attorney about my right to attend the preliminary hearing in June 2018, and I am satisfied I have a complete understanding of the purpose of the hearing. Further, I have reviewed the briefs filed in advance of the hearing.

    Knowing the dates of the hearing and the purpose of the hearing, and understanding that I have a right to be present at the hearing, <u>I hereby elect to waive my personal appearance at the joint sentencing hearing before this Honorable Court in June 2018</u>.

_____
Victor Carlos Castano
5-21-18

_____
Richard G. Convertino