AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>VICTOR CARLOS CASTANO<br>*Defendant* | )<br>)<br>) Case No. 11-CR-20129<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VICTOR CARLOS CASTANO

Date:   10/19/2018

*Attorney's signature*

Thomas J. Gruscinski (D.C. Bar No. 412826)
*Printed name and bar number*

Convertino & Associates
424 N Main Street
Plymouth MI 48170
*Address*

tjg@convertino.net
*E-mail address*

(734) 927-9900
*Telephone number*

(734) 927-9904
*FAX number*